IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

JOE BRASFIELD, et al., on )
Behalf of Themselves and All Other )
Similarly Situated Employees )
)
    Plaintiffs, )
)
vs. ) No. 08-2092 MlV
)
)
SOURCE BROADBAND SERVICES, LLC, )
and C-COR, INC., )
)
    Defendants. )

---

REPORT AND RECOMMENDATION ON DEFENDANT C-COR, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS FILED BY BRANDON WHITE AGAINST C-COR, INC.

---

Before the court is the September 10, 2008, motion of the defendant C-COR, Inc. ("C-COR"), for judgment on the pleadings filed by Brandon White against C-COR. C-COR requests the court dismiss White's claim against C-COR for overtime wages with prejudice based on the fact that White has admitted under oath that he never worked for C-COR. The motion was referred to the United States Magistrate Judge for report and recommendation. The plaintiffs, Joe Brasfield, et al., filed a response to the motion and do not object to the dismissal of White's claim against C-COR with prejudice. Accordingly, it is recommended that the pleadings filed by White against C-COR be dismissed with prejudice.

Respectfully submitted this 8th day of October, 2008.

                                        <u>s/ Diane K. Vescovo</u>
                                        DIANE K. VESCOVO
                                        UNITED STATES MAGISTRATE JUDGE