IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JOE BRASFIELD, et al., on Behalf of Themselves and All Other Similarly Situated Employees, | ) ) ) No. 2:08-2092-JPM/dkv ) |
| Plaintiffs, | ) |
| v. | ) ) |
| SOURCE BROADBAND SERVICES, LLC and C-COR, INC., | ) ) ) |
| Defendants. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION AND ORDER GRANTING JUDGMENT ON THE PLEADINGS FILED BY BRANDON WHITE AGAINST C-COR, INC.**

Pending before the Court is the Report and Recommendation of Magistrate Judge Diane K. Vescovo, submitted October 8, 2008 (Doc. 111), recommending that the pleadings filed by Brandon White against C-Cor, Inc. ("C-Cor") be dismissed with prejudice.

Upon de novo review of the Magistrate Judge's Report and Recommendation, the Court ADOPTS the Report and Recommendation in its entirety and GRANTS C-Cor's Motion for Judgment on the Pleadings Filed by Brandon White Against C-Cor (Doc. 93).

So ORDERED this 4th day of November, 2008.

/s/ JON P. McCALLA
UNITED STATES DISTRICT JUDGE