**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

Joe Brasfield, Kedric Allen, Brady Bell,
Matthew Blackwell, David Davis, Robert Hadley, Jr.,
Jody Kreyer, Michael Mallett, Edward Monroe,
Ronald Monroe, Fabian Moore, Donny Odom
Robert Simmons, Todd Weber, Brandon White
and Timothy Williams, on behalf of themselves
and all other similarly situated employees,

   Plaintiffs,

v.                     No. 2:08-cv-2092-JPM-cgc

Source Broadband Services, LLC,
C-COR, Inc., and

   Defendants.

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT SOURCE
BROADBAND SERVICES'S MOTION TO COMPEL**

  Before the Court is Defendant Source Broadband Services's Motion to Compel (D.E. #232) filed pursuant to Rule 37 of the Federal Rules of Civil Procedure. The instant motion was referred for determination to United States Magistrate Judge Charmiane G. Claxton (D.E. #236), who held a hearing on the motion on May 20, 2010. At that hearing, the Court ORDERED as follows:

  1. That Plaintiffs not be required to answer Interrogatory No. 1 at this time. Defendant may revisit this matter should the case be decertified.

  2. That Plaintiffs be required to answer Interrogatory No. 2 by July 5, 2010.

  3. That Defendant's request for fees is denied.

  Accordingly, Defendant's Motion to Compel is GRANTED IN PART AND DENIED IN

PART.

**IT IS SO ORDERED** this 18th day of June, 2010.

<u>s/ Charmiane G. Claxton</u>
CHARMIANE G. CLAXTON
UNITED STATES MAGISTRATE JUDGE