```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF TENNESSEE
                       WESTERN DIVISION
```

```
JOE BRASFIELD et al., on         )
behalf of themselves and         )
all other similarly situated     )
employees,                       )
                                 )
     Plaintiffs,                 )
                                 )
vs.                              )  No. 2:08-cv-02092-JPM-cgc
                                 )
SOURCE BROADBAND SERVICES, LLC,  )
& C-COR, INC.,                   )
                                 )
     Defendants.                 )
```

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pending before the Court is the Report and Recommendation of Magistrate Judge Charmiane G. Claxton (Docket Entry ("D.E.") 300), submitted November 3, 2010, recommending that Defendant Source Broadband LLC's Motion for Attorney's Fees and Costs (D.E. 280) be GRANTED IN PART and DENIED IN PART.

The time for filing objections to the Report and Recommendation has expired.  See Fed. R. Civ. P. 72.  Upon de novo review, the Court ADOPTS the Report and Recommendation in its entirety.

IT IS SO ORDERED this 3rd day of December, 2010.

                                                                __/s/ Jon P. McCalla_____
                                                                JON P. McCALLA
                                                                CHIEF U.S. DISTRICT JUDGE