IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JOE BRASFIELD et al., on behalf of themselves and all other similarly situated employees, ) ) ) ) ) | |
| Plaintiffs, ) ) | JUDGMENT |
| v.   ) ) | No. 2:08-cv-02092-JPM-cgc |
| SOURCE BROADBAND SERVICES, LLC, and C-COR, INC., ) ) ) | |
| Defendants. ) | |

**JUDGMENT**

**JUDGMENT BY COURT.**  This action having come before the Court on parties' Joint Motion to Approve Confidential Settlement Agreement (Docket Entry ("D.E.") 321), filed February 11, 2011,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Court's Order Approving Settlement (D.E. 322), this case is DISMISSED WITH PREJUDICE.

APPROVED:


__/s/ Jon P. McCalla_____
CHIEF U.S. DISTRICT JUDGE



__February 18, 2011_____
Date